**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**SAMUEL MASON,**
    Plaintiff,

vs.                                        **Case No. 3:06cv325/MCR/MD**

**DR. DELGODA,**
    Defendant.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's filing a civil rights complaint pursuant to 42 U.S.C. § 1983. On August 1, 2006 this court directed plaintiff to submit an amended complaint within thirty days (doc. 5). Plaintiff filed an amended complaint (doc. 8) which was found to be deficient and he was given another opportunity to amend (doc 9). However, the mail sent to plaintiff was returned as undeliverable.

Accordingly, on October 24, 2006 the court issued an order requiring plaintiff to show cause within twenty (20) days why this case should not be dismissed for his failure to prosecute and failure to comply with an order of the court (doc. 11). This mail was also returned and to date plaintiff has failed to file an amended complaint or explain his inability to do so, or file a notice of change of address with the court.

Accordingly, it is respectfully RECOMMENDED:

That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to keep the court apprised of his current address and that the clerk be directed to close the file.

DONE AND ORDERED this 22nd day of November, 2006.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**